# Court of Appeals
# of the State of Georgia

ATLANTA,  October 24, 2016

*The Court of Appeals hereby passes the following order:*

**A16A1598. WCDM DEVELOPMENT, LP et al. v. BRANCH BANKING AND TRUST COMPANY.**

Upon consideration of the MOTION FOR PERMISSION TO WITHDRAW APPEAL filed by the appellants in this case, WCDM Development, LP and Jerry Stephens, it is ordered that the motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  10/24/2016
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*